IN RE:



CASE NO. 07-51520-S

MARK OSCAR HUMPHREY, SR.
ADRIENNE MARIE HUMPHREY
　　　　Debtor

CHAPTER 7

REPORT OF DIVIDEND
UNDER FIVE DOLLARS

Harold A. Corzin, Trustee herein, reports that check #111 in the amount of $3.55 was issued on January 22, 2010 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

Amt. of Dividend

Claim #7　　　　United Collection Bureau　　　　$   3.55
　　　　　　　　5620 Southwyck Blvd Ste
　　　　　　　　Toledo, OH   43614

TOTAL:　　　　　　　　　　　　　　　　　　　　$   3.55

*Ck # 111*
*receipt # 81245*

_____
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

January 25, 2010